## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|     Gary L. Johnson, Jr. and | : | |
|     Stacey D. Johnson, | : | |
|         Debtors | : | CHAPTER 13 |
| | : | |
| Charles J DeHart, III | : | CASE NO: 1:11-bk-06317-MDF |
| Chapter 13 Trustee | : | |
|       Movant | : | |
|       vs. | : | |
| Gary L. Johnson, Jr. and | : | |
| Stacey D. Johnson, | : | |
|       Respondents | : | |

ORDER REINSTATING CASE

AND NOW, upon consideration of Debtors' Motion to Reinstate Case, and all other matters of record, including a stipulation between Debtors and the Standing Chapter 13 Trustee, the Stipulation is approved and the case is REINSTATED.

By the Court,

Mary D France
Chief Bankruptcy Judge
(JK)

Dated: April 20, 2015